RUSSELL G. PETTI, State Bar No. 137160
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email: Rpetti@petti-legal.com

Attorneys for Plaintiff Paul A. Hamel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| PAUL A. HAMEL,<br><br>             Plaintiff,<br><br>    VS.<br><br>QUEBECOR WORLD INC. LONG TERM DISABILITY PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>             Defendants. | CASE NO: 1:11-CV-00148-OWW-SMS<br><br>**ORDER PERMITTING THE FILING OF A FIRST AMENDED COMPLAINT**<br><br>**[Fed. R. Civ. Proc. 15(a)(1)]** |

    Based on the Stipulation of the Parties, and for Good Cause shown, the Court Orders as follows:

    1.    That plaintiff may file a First Amended Complaint which includes a claim under 29 U.S.C. § 1132(a)(3);

    2.    That the First Amended Complaint attached as Exhibit A to the Stipulation of the Parties is hereby Ordered filed;

///

///

///

1

ORDER RE AMENDING COMPLAINT; Case No. 1:11-CV-00148-OWW-SMS

1     3.    That Defendants have 30 days from the date of this Order to answer or otherwise respond to the First Amended Complaint.

IT IS SO ORDERED.

**Dated:**   July 22, 2011               /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE