# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

PAUL A. HAMEL,

               Plaintiff,

    v.

QUEBECOR WORLD INC. LONG
TERM DISABILITY PLAN and
HARTFORD LIFE and ACCIDENT
INSURANCE COMPANY,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:11-cv-00148 - LJO-BAM

**AMENDED SCHEDULING ORDER**

| | |
|---|---|
| Initial Disclosures: | Completed. |
| Discovery Cutoff: | April 30, 2012 |
| Administrative Record: | May 30, 2012 |
| Opening Memoranda of Fact and Law: | June 12, 2012 |
| Responsive Trial Briefs: | June 29, 2012 |
| Court Trial: (2 Hours) | July 18, 2012 Time: 8:30 a.m. Dept.: 4(LJO) |

    This Court conducted a scheduling conference on November 29, 2011.  Counsel Russell Petti appeared by telephone on behalf of Plaintiff Paul A. Hamel.  Counsel Kristin Kyle de Bautista appeared on behalf of Defendant Quebecor World Inc. Long Term Disability Plan and Hartford Life and Accident Insurance ("Defendants").  Pursuant to Fed. R. Civ. P. 16(b), the Court sets a schedule for this action.

**1.**    **Consent To Magistrate Judge**

    Pursuant to 28 U.S.C. § 636(c), the parties have not consented to conduct all further proceedings in this case, including trial, before the Honorable Barbara A. McAuliffe, United States Magistrate Judge. Due to this Court's heavy caseload, the parties are encouraged to consent to

1

conducting further proceedings by a United States Magistrate Judge.

**2.      Discovery Cutoffs And Limits**

The parties have completed initial disclosures pursuant to Federal Rule of Civil Procedure 26.  All non-expert discovery, including motions to compel, shall be completed no later than **April 30, 2012**. All expert discovery, including motions to compel, shall be completed no later than **April 30,  2012.**

**3.      Lodging of Administrative Record**

Defendants will lodge the  bates-stamped administrative record and the plan documents with the Court in electronic form via CM/ECF, and will additionally provide the Court and Plaintiffs a courtesy copy by **May 30, 2012.**

**4.      Trial Briefs**

The parties shall adhere to the following briefing schedule:

**a.**      The parties shall file their Opening Memoranda of Law and Fact on or before **June 12, 2012;**

**b.**      The parties shall file their Responsive Trial Briefs on or before **June 29, 2012;**

**c.**      A hearing on both parties' trial briefs will be heard on **July 18, 2012 at 8:30 a.m., in Department 4 of this Court.**

**5.      Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.  Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish good cause for granting the relief requested.

/////

/////

Failure to comply with this order shall result in the imposition of sanctions.

**IT IS SO ORDERED.**

**Dated:** __December 7, 2011__          ____/s/ **Barbara A. McAuliffe**____
UNITED STATES MAGISTRATE JUDGE

3