RUSSELL G. PETTI, State Bar No. 137160
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., #389
La Canada, CA 91011
Tel: 818.952.2168
Fax: 818.952.2186
Email: rpetti@petti-legal.com
*Attorneys for Plaintiff Paul A. Hamel*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
  mbernacchi@bwslaw.com
Kristin P. Kyle de Bautista (SBN 221750)
  kkyledebautista@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendants Hartford Life and Accident Insurance Company and Quebecor World Inc. Long Term Disability Plan*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAUL A. HAMEL, <br><br>             Plaintiff, <br><br> v. <br><br> QUEBECOR WORLD INC. LONG TERM DISABILITY PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br>             Defendants. | Case No. 11-CV-00148-LJO-BAM <br><br> **STIPULATION FOR A SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE; ORDER** <br><br> Date:   March 1, 2012 <br> Time:   9:30 a.m. <br><br> Hon. Barbara A. McAuliffe |

Plaintiff Paul A. Hamel and Defendants Hartford Life and Accident Insurance Company ("Hartford") and Quebecor World Inc. Long Term Disability Plan, by and through their respective attorneys, hereby agree and stipulate to the following:

///

1.     The parties desire to hold a Settlement Conference before the Honorable Barbara A. McAuliffe, the assigned Magistrate Judge.

2.     The parties have agreed to hold a Settlement Conference on the condition that Defendant Hartford's representative with settlement authority be permitted to appear by telephone.  In order to select a date that is available to all parties, Hartford's representative must appear by telephone as the representative is located in Hartford, Connecticut.  Travel time to and from California severely limits the available dates for a Settlement Conference.  Additionally, by appearing telephonically at the Settlement Conference, Hartford will avoid significant costs and travel time that must be expended; another consideration in settlement of the action.  The Hartford representative will be available on the phone during the entire time set aside for the Settlement Conference.  Hartford's counsel will appear in person.

3.     Counsel for the parties have coordinated with each other and with Judge McAuliffe's Courtroom Deputy that all who will participate in the Settlement Conference are available on March 1, 2012 at 9:30 a.m.

4.     The parties hereby stipulate that a Settlement Conference be held before Judge McAuliffe on March 1, 2012 at 9:30 a.m. at the United States District Courthouse, located at 2500 Tulare Street, Fresno, California 93721.

5.     The parties further stipulate that Hartford's representative be permitted to appear by telephone at the Settlement Conference.

///
///
///

IT IS SO STIPULATED.

Dated: February 8, 2012  The Law Offices of Russell G. Petti

By: */s/ Russell G. Petti*
    *[As authorized on February 8, 2012]*
    Russell G. Petti
Attorneys for Plaintiff Paul A. Hamel

Dated: February 9, 2012  Burke, Williams & Sorensen, LLP
Michael B. Bernacchi
Kristin P. Kyle de Bautista

By: */s/Kristin P. Kyle de Bautista*
    Kristin P. Kyle de Bautista
Attorneys for Defendants Hartford Life and Accident Insurance Company and Quebecor World Inc. Long Term Disability Plan

**ORDER**

Upon consideration of the Parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that a Settlement Conference is set in this matter before the Honorable Magistrate Judge Barbara A. McAuliffe on March 1, 2012 at 9:30 a.m. at the United States District Courthouse, located at 2500 Tulare Street, Fresno, California 93721.

IT IS FURTHER ORDERED that Defendant Hartford's representative with settlement authority may appear by telephone at the March 1, 2012 Settlement Conference, provided that the representative is available on the phone throughout the entire Settlement Conference.  Except as otherwise specified in this Order, <u>the attorneys who will try the case</u> shall appear at the settlement conference <u>with the parties and the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference.

**No later than seven days prior to the settlement conference**, each party shall submit <u>directly to Judge McAuliffe's chambers</u> at bamorders@caed.uscourts.gov, a confidential settlement conference statement.  This statement <u>should neither be filed with the clerk of the Court nor served on any other party</u>.  Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. Counsel are urged to request the return of their statements.  If such request is not made, the Court will dispose of the statement.

The confidential settlement conference statement shall include the following:

A. A brief statement of the facts of the case;

B. A brief statement of the claims and defenses (i.e., statutory or other grounds upon which the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute;

C. A summary of the proceedings to date;

D. An estimate of the cost and time to be expended for further pretrial and trial matters, including discovery;

E. The relief sought; and

F. The party's position on settlement, **including the amount which the party will**

**accept to settle, realistic settlement expectations**, present demands and offers, and a history of past settlement discussions, offers, and demands.

IT IS SO ORDERED.

Dated: __**February 9, 2012**__                    /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE