RUSSELL G. PETTI, State Bar No. 137160
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email: Rpetti@petti-legal.com

Attorneys for Plaintiff Paul A. Hamel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| PAUL A. HAMEL,<br><br>   Plaintiff,<br><br>VS.<br><br>QUEBECOR WORLD INC. LONG TERM DISABILITY PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>   Defendants. | CASE NO: 1:11-CV-00148-LJO-BAM<br><br>**STIPULATION TO CONTINUE DISCOVERY; ORDER**<br><br>Current Discovery Cutoff:<br>April 30, 2012<br><br>Requested Discovery Cutoff:<br>June 6, 2012 |

  Plaintiff Paul Hamel and defendants Quebecor World Inc. Long Term Disability Plan (hereinafter "the LTD Plan") and Hartford Life and Accident Insurance Company (hereinafter "Hartford"), hereby Stipulate to the following:

  1. Plaintiff has served written discovery in this matter and Hartford has responded. The parties have a significant dispute regarding the adequacy of Hartford's responses;

  2. The parties have agreed to put this discovery dispute on hold until after mediating this case before the Honorable Barbara A. McCauliffe, the assigned Magistrate Judge for this case;

1

**STIPULATION TO CONTINUE DISCOVERY CUTOFF; Case No. 1:11-CV-00148-LJO-BAM**

3. However the earliest date that could be scheduled which conformed to the calendars of counsel and the Court was March 1, 2012. This risks that the parties may not be able to resolve their discovery dispute, which might involve judicial intervention, and take whatever follow on discovery might be required by the current discovery cutoff of April 20, 2012;

4. As such, the parties respectfully request that, in aid of settlement, the current discovery cutoff date be extended from April 30, 2012 to June 6, 2012.

**IT IS SO STIPULATED**

Dated: February 17, 2012                                    Dated: February 17, 2012

RUSSELL G. PETTI                                            MICHAEL B. BERNACCHI
The Law Offices of Russell G. Petti                         KRISTIN KYLE DE BAUTISTA
                                                            Burke, Williams & Sorensen, LLP


By: */s/ Russell G. Petti*                                  By: */s/ Kristin Kyle De Bautista*
        Russell G. Petti                                            Michael B. Bernacchi
    Attorneys for Plaintiff Paul Hamel                              Kristin Kyle De Bautista
                                                                Attorneys for Defendants
                                                            Quebecor World Inc. Long Term
                                                            Disability Plan and Hartford Life and
                                                                Accident Insurance Company

**ORDER**

Based on the Stipulation of the Parties and for Good Cause Shown, the discovery cutoff in this case is extended from April 30, 2012 to June 6, 2012.

IT IS SO ORDERED.


Dated:   February 21, 2012              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2

STIPULATION TO CONTINUE DISCOVERY CUTOFF; Case No. 1:11-CV-00148-LJO-BAM