1  RUSSELL G. PETTI, State Bar No. 137160
   THE LAW OFFICES OF RUSSELL G. PETTI
2  466 Foothill Blvd., #389
   La Canada, CA 91011
3  Tel:  818.952.2168
   Fax:  818.952.2186
4  Email:  rpetti@petti-legal.com
   *Attorneys for Plaintiff Paul A. Hamel*
5
   BURKE, WILLIAMS & SORENSEN, LLP
6  Michael B. Bernacchi (SBN 163657)
    mbernacchi@bwslaw.com
7  444 South Flower Street, Suite 2400
   Los Angeles, CA  90071-2953
8  Tel:  213.236.0600
   Fax:  213.236.2700
9  *Attorneys for Defendants Hartford Life and
   Accident Insurance Company and Quebecor
10 World Inc. Long Term Disability Plan*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAUL A. HAMEL, | Case No.  11-CV-00148-LJO-BAM |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISMISSAL** |
| v. | |
| QUEBECOR WORLD INC. LONG TERM DISABILITY PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | **Current due date:  May 7, 2012** <br> **New due date:  May 14, 2012** |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff Paul A. Hamel and Defendants Hartford Life and Accident Insurance Company and Quebecor World Inc. Long Term Disability Plan, that the parties shall have an additional seven (7) days in which to file a dismissal of this action on or before **May 14, 2012**.

   Pursuant to the Court's order dated April 6, 2012, the parties were ordered to file a dismissal on or before May 7, 2012.  However, due to an unexpected delay in

completing the settlement, the parties hereby request additional time to file the dismissal of this action.

IT IS SO STIPULATED.

Dated:  May 4, 2012          The Law Offices of Russell G. Petti

By: */s/ Russell G. Petti*
      *[As authorized on May 4, 2012]*
   Russell G. Petti
   rpetti@petti-legal.com
Attorneys for Plaintiff Paul A. Hamel

Dated:  May 7, 2012          Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
   Michael B. Bernacchi
   mbernacchi@bwslaw.com
Attorneys for Defendants Hartford Life and Accident Insurance Company and Quebecor World Inc. Long Term Disability Plan

# **O R D E R**

Upon consideration of the parties' stipulation for extension of time to file a dismissal, and good cause appearing, IT IS HEREBY ORDERED that the parties shall have an additional seven (7) days in which to file the dismissal of this action on or before **May 14, 2012**.

IT IS SO ORDERED.

Dated:  **May 7, 2012**          **/s/ Lawrence J. O'Neill**
                    UNITED STATES DISTRICT JUDGE