RUSSELL G. PETTI, State Bar No. 137160
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., #389
La Canada, CA 91011
Tel:  818.952.2168
Fax:  818.952.2186
Email:  rpetti@petti-legal.com
*Attorneys for Plaintiff Paul A. Hamel*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
 mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700
*Attorneys for Defendants Hartford Life and Accident Insurance Company and Quebecor World Inc. Long Term Disability Plan*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAUL A. HAMEL,<br><br>         Plaintiff,<br><br>v.<br><br>QUEBECOR WORLD INC. LONG TERM DISABILITY PLAN and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>         Defendants. | Case No.  11-CV-00148-LJO-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISMISSAL**<br><br>**Current due date:  May 7, 2012**<br>**New due date:  May 14, 2012** |

   IT IS HEREBY STIPULATED by and between Plaintiff Paul A. Hamel and Defendants Hartford Life and Accident Insurance Company and Quebecor World Inc. Long Term Disability Plan, that the parties shall have an additional seven (7) days in which to file a dismissal of this action on or before **May 14, 2012**.

   Pursuant to the Court's order dated April 6, 2012, the parties were ordered to file a dismissal on or before May 7, 2012.  However, due to an unexpected delay in

completing the settlement, the parties hereby request additional time to file the dismissal of this action.

IT IS SO STIPULATED.

Dated:  May 4, 2012                           The Law Offices of Russell G. Petti

By: */s/ Russell G. Petti*
    *[As authorized on May 4, 2012]*
    Russell G. Petti
    rpetti@petti-legal.com
    Attorneys for Plaintiff Paul A. Hamel

Dated:  May 7, 2012                           Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
    Michael B. Bernacchi
    mbernacchi@bwslaw.com
    Attorneys for Defendants Hartford Life
    and Accident Insurance Company and
    Quebecor World Inc. Long Term
    Disability Plan

# **O R D E R**

Upon consideration of the parties' stipulation for extension of time to file a dismissal, and good cause appearing, IT IS HEREBY ORDERED that the parties shall have an additional seven (7) days in which to file the dismissal of this action on or before **May 14, 2012**.

IT IS SO ORDERED.

Dated:  **May 7, 2012**                           */s/ Lawrence J. O'Neill*
                                                  UNITED STATES DISTRICT JUDGE